UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-00173-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| SEMARGO R COLLINS (01) | MAGISTRATE JUDGE HORNSBY |

**REPORT AND RECOMMENDATION**

Upon the request of the District Judge, and with the written and oral consent of Defendant, this matter came before the undersigned U.S. Magistrate Judge on August 28, 2019, for administration of a felony guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Defendant was present with counsel, Ashley Renee Martin.

After the hearing, it is the finding of the undersigned that: (1) Defendant is fully competent to enter this guilty plea; (2) the plea agreement was properly signed and filed; (3) Defendant freely and voluntarily waived his right to a grand jury indictment; (4) Defendant entered a guilty plea to Count 1 of the Bill of Information, with a full understanding of the nature of the charge and the maximum penalties; (5) Defendant made a knowing and voluntary waiver of the right to a jury trial with the full assistance of counsel; (6) the guilty plea is fully supported by the factual basis for each of the essential elements of the offense; and (7) there are no unwritten side agreements between the parties. Both the Government and Defendant waived their right to object to this Report and Recommendation. Accordingly,

It is recommended that the District Judge accept the guilty plea of Defendant in accordance with the terms of the plea agreement filed in the record of these proceedings, and that Defendant be adjudged guilty of the offense charged in Count 1 of the Bill of Information.

It is further recommended that, pursuant to the parties' waiver of their right to object, that the District Judge immediately adopt this Report and Recommendation without passage of the customary delays.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 29th day of August, 2019.

Mark L. Hornsby
U.S. Magistrate Judge